IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:25-CV-187-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$60,804.00 IN U. S. CURRENCY, and )<br>(5) ASSORTED JEWELRY, )<br>)<br>Defendants. ) | **ORDER SEALING DECLARATION** |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the Declaration of Special Agent Norris Macon of the Drug Enforcement Administration, filed herein, be sealed until further order of this Court, except that a copy of the declaration shall be provided to the United States Attorney's Office for the Eastern District of North Carolina.

SO ORDERED, this ___ day of April, 2025.

_____
TERRENCE W. BOYLE
United States District Judge